IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>and REBECCA AYOTTE,<br><br>        Petitioners,<br><br>   vs.<br><br>HEIDI L. MINYARD, AKA<br>HEIDI GILLILAND,<br><br>        Respondent.<br>_____/ | No. MISC S-08-0153 JAM DAD<br><br><br><br><br><br><u>ORDER</u> |

       This case came before the undersigned on February 6, 2009, for hearing on the Order to Show Cause Re: Tax Summons Enforcement that was filed on December 18, 2008. Caroline A. Newman, Esq. appeared for petitioners, with petitioning Revenue Officer Rebecca Ayotte. Respondent Heidi Gilliland appeared <u>in</u> <u>propria</u> <u>persona</u>.

       For the reasons set forth in open court, IT IS ORDERED that:

       1. The hearing of the December 18, 2008 Order to Show Cause Re: Tax Summons Enforcement is continued to **April 17, 2009,** at **10:00 a.m.** in Courtroom 27. Petitioners' counsel shall inform the court if an agreement is reached so that the matter may be dropped from the calendar. In no agreement is reached, all parties are ordered to appear before the undersigned on April 17, 2009.

2. In the absence of an agreement, respondent shall file and serve a written response to the Order to Show Cause on or before **April 3, 2009**.

3. Petitioners shall serve a copy of this order upon respondent by regular mail at respondent's last known address.

DATED: February 6, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/minyard0153.oah.cont